UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ASPEN WAY ENTERPRISES, INC.,<br><br>　　　　　　　　Defendant. | NO: 13-CV-0394-TOR<br><br>ORDER GRANTING STIPULATED REMAND |

BEFORE THE COURT is parties' Stipulation and Order to Remand (ECF No. 5). Pursuant to the parties' stipulation the motion is **GRANTED**. This case is hereby **REMANDED** to Superior Court of the State of Washington for Spokane County, Cause No. 13-2-04330-5, for further proceedings without attorney's fees or costs assessed against either party.

//

//

//

ORDER GRANTING STIPULATED REMAND ~ 1

1  **IT IS SO ORDERED.**

2  The District Court Executive is hereby directed to enter this Order; provide

3  copies to counsel; provide a certified copy to the Clerk of the Superior Court of the

4  State of Washington for Spokane County, Cause No. 13-2-04330-5; and **CLOSE**

5  this file.

6  **DATED** December 16, 2013.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED REMAND ~ 2